

1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7155
6       FAX: (415) 436-6748
        neill.tseng@usdoj.gov
7
   Attorneys for the United States of America
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         CV 14   80 313 MISC
11 IN RE: REQUEST FOR INTERNATIONAL  )  MISC. NO.
   JUDICIAL ASSISTANCE FROM THE SIXTH )
12 FAMILY COURT OF SAN ISIDRO, BUENOS )  [PROPOSED] ORDER GRANTING
   AIRES, ARGENTINE REPUBLIC; MATTER  )  APPLICATION FOR ORDER PURSUANT TO
13 OF POSLOSKY, MARY CLAIRE NAD       )  28 U.S.C. § 1782
   ROBERTS, MALCOLM PAUL ON           )
14 PRECAUTIONARY MEASURES             )
                                      )
15 _____)

16         Pending before the court is an application submitted by the United States Attorney, on behalf of

17 the Sixth Family Court of San Isidro, Buenos Aires, Argentine Republic, for an order of the court

18 pursuant to 28 U.S.C. § 1782. The United States Attorney requests that the court appoint Neill T. Tseng,

19 Assistant United States Attorney, as Commissioner and authorize Mr. Tseng to obtain information from

20 companies located within the jurisdiction of this court in conformity with the letters rogatory.

21         The court has reviewed the requests contained in the letters rogatory, the application and

22 memorandum in support, and is informed of the grounds upon which the letters rogatory and application

23 are based.

24         Pursuant to its power under 28 U.S.C. § 1782, the court hereby ORDERS that Assistant U.S.

25 Attorney Neill T. Tseng is appointed as Commissioner, that Mr. Tseng is authorized to issue subpoenas

26 to obtain the information in compliance with the letters of request, and to take all steps reasonably

27 necessary for the accomplishment of the letters rogatory.

28 [PROPOSED] ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782
                                              1

1    IT IS SO ORDERED.

3    DATED: November 21, 2014

_____
United States District Judge

28
[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782
2